UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRITTANY THOMPSON,

    Plaintiff,

                                      Case No. 1:24-cv-471

v.

                                      Hon. Hala Y. Jarbou

MEDALLION MANAGEMENT, INC.,

    Defendant.

_____/

## <u>ORDER OF DISMISSAL</u>

This Court having sent to counsel for Plaintiff a Notice of Impending Dismissal (ECF No. 4) and having heard no response:

**IT IS ORDERED** that this matter is hereby **DISMISSED** without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Dated: August 7, 2024                /s/ Hala Y. Jarbou
                                  HALA Y. JARBOU
                                  CHIEF UNITED STATES DISTRICT JUDGE