UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

BRITTANY THOMPSON
an individual,

      Plaintiff,

vs.

MEDALLION MANAGEMENT, INC.
a corporation,

      Defendant.

CASE NO. 24-00471
Hon. Hala Y. Jarbou
Mag. Ray Kent

| | |
|---|---|
| WILLIAM F. PIPER (P38636) <br> WILLIAM F. PIPER, P.L.C. <br> Attorney for Plaintiff <br> 1611 West Centre Ave Suite 209 <br> Portage, MI 49024 <br> (269) 321-5008 / (269) 321-5009 [FAX] <br> wpiper@wpiperlaw.com | VALERIE HENNING MOCK (P55572) <br> WILSON, ELSER, MOSKOWITZ, <br> EDELMAN & DICKER, LLP <br> Attorneys for Defendant <br> 17197 N Laurel Park Drive, Suite 201 <br> Livonia, MI 48152 <br> (313) 327-3100 / (313) 327-3101 [FAX] <br> valerie.mock@wilsonelser.com |

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

UPON AGREEMENT of the parties and the Court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that all Plaintiff's claims against the Defendant are dismissed with prejudice, and without costs to either party.

**IT IS SO ORDERED.**

_____
Hon.  Hala Y. Jarbou

1

309952859v.1

2

We stipulate to the entry of the above order:

/s/ *William F. Piper* (w/permission)
WILLIAM F. PIPER (P38636)
WILLIAM F. PIPER, P.L.C.
Attorney for Plaintiff


/s/ *Valerie Henning Mock*
VALERIE HENNING MOCK (P55572)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
Attorneys for Defendant

2