UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

BRITTANY THOMPSON
an individual,

      Plaintiff,

vs.

MEDALLION MANAGEMENT, INC.
a corporation,

      Defendant.

CASE NO. 1:24-cv-00471
Hon. Hala Y. Jarbou
Mag. Ray Kent

| WILLIAM F. PIPER (P38636)<br>WILLIAM F. PIPER, P.L.C.<br>Attorney for Plaintiff<br>1611 West Centre Ave Suite 209<br>Portage, MI 49024<br>(269) 321-5008 / (269) 321-5009 [FAX]<br>wpiper@wpiperlaw.com | VALERIE HENNING MOCK (P55572)<br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER, LLP<br>Attorneys for Defendant<br>17197 N Laurel Park Drive, Suite 201<br>Livonia, MI 48152<br>(313) 327-3100 / (313) 327-3101 [FAX]<br>valerie.mock@wilsonelser.com |
| --- | --- |

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

UPON AGREEMENT of the parties and the Court being otherwise fully

advised in the premises,

**IT IS HEREBY ORDERED** that all Plaintiff's claims against the Defendant

are dismissed with prejudice, and without costs to either party.

**IT IS SO ORDERED.**

Dated: April 28, 2025

/s/ Hala Y. Jarbou
_____
HALA Y. JARBOU
Chief United States District Judge

We stipulate to the entry of the above order:


/s/ *William F. Piper* (w/permission)
WILLIAM F. PIPER (P38636)
WILLIAM F. PIPER, P.L.C.
Attorney for Plaintiff


/s/ *Valerie Henning Mock*
VALERIE HENNING MOCK (P55572)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
Attorneys for Defendant